SARAH A. WHEELER, Appellant, v. WILLIAM E. ANDERSON, RALPH W. GUIDA, CATHERINE ANDERSON, WILLIAM E. ANDERSON, INC., FILYORK HOLDING CORP., and 51ST STREET HOLDING CORPORATION, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Cohn, J., taking no part.

JOSEPH ROBINSON and GURLI ELLEN ROBINSON, Respondents, v. ALBERT HOROWITZ, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff Gurli Ellen Robinson stipulates to reduce the judgment as entered in her favor to the sum of $5,181.70, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

THE MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant, v. CENTURY INDEMNITY COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

ANNA ELEANOR JABLONSKI, an Infant, by MARIAN MORRIS, Her Guardian ad Litem, Respondent, v. RENEE BOIVIN, Defendant, Impleaded with COMPAGNIE GENERALE TRANSATLANTIQUE, Also Known as THE FRENCH LINE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of a copy of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of PHILIP J. DUNN and PETER SCHMUCK, as Executors of the Will of JOSEPH G. BRENNER, Deceased, and for a Construction of the First Paragraph of the Codicil to Said Will. MISSION OF THE IMMACULATE VIRGIN FOR THE PROTECTION OF HOMELESS AND DESTITUTE CHILDREN IN THE CITY OF NEW YORK, Appellant; PHILIP J. DUNN and PETER SCHMUCK, as Executors, etc., CHARLES M. WHITE, JOSEPH WHITEHEAD, JACK ZARAWITZ, IRA SOMMER, Rev. WILLIAM B. MARTIN, HERMAN SCHOENMAN, NEW ROCHELLE HOSPITAL, EDWARD STERN, ALFRED STERN, WALTER H. LEONARD, JEAN LEONARD, and KATE B. STERN, as Administratrix, etc., of BARNETT BRENNER, Respondents.— Decree unanimously affirmed, with costs to the respondents other than New Rochelle Hospital, Walter H. Leonard and Jean Leonard, and Kate B. Stern, as administratrix of the estate of Barnett Brenner, payable out of the estate. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [169 Misc. 412.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN BOLOFSKY, Alias JOE MARTIN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

SYLVIA GREENBERG, Respondent, v. IRVING GREENBERG, Appellant.— Order unanimously modified by reducing the alimony to fifteen dollars a week and the counsel fee to eighty dollars and as so modified affirmed, without costs, the first installment of the counsel fee to be paid within fifteen days after entry of the order, out of which sum plaintiff is directed to pay the fees for placing the case on the calendar for trial at the next available term, and to pay the balance when the case appears on the ready day calendar for trial. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.